# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,                                CASE No.: 6:25-cv-00150-GAP-LHP

    Plaintiff,

vs.

CHASON HOLDINGS, LLC, and KEYS
RESTAURANTS, INC., d/b/a FAZOLIS,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby notify the Court that Plaintiff and Defendants, Chason Holdings, LLC and Keys Restaurants, Inc. d/b/a Fazolis have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff will file a Notice of Voluntary Dismissal with Prejudice of the case.

**Dated April 22, 2025.**

| | |
|---|---|
| By: /s/ Anthony T. Litsch III | By: /s/ Olivia Garcia |
| Anthony T. Litsch III | Olivia Garcia, Esq. |
| 1368 Turnbull Bay Road, Suite 303 | Florida Bar: 1024583 |
| New Smyrna Beach, FL 32168 | Nardella & Nardella, PLLC |
| Phone: (386) 409-7252 | 135 W. Central Blvd., Ste. 300 |
| Email: bb_litsch4@att.net | Orlando, Florida 32801 |
| Email: anthonytlitschiii@gmail.com | Phone: (407) 966-2680 |
| Florida Bar #0084437 | E-mail: ogarcia@nardellalaw.com |
| Attorney for Plaintiff | Secondary email: klynch@nardellalaw.com |
| | Attorney for Defendant Keys Restaurants, Inc. |

/s/ Michael R. Gibbons

Michael R. Gibbons, Lead Counsel
Florida Bar No. 0864625
LOWNDES, DROSDRICK, DOSTER,
KANTOR & REED, P.A.
215 North Eola Drive
P.O. Box 2809
Orlando, FL 32802 – 2809
michael.gibbons@lowndes-law.com
litcontrol@lowndes-law.com
liliana.facchinei@lowndes-law.com
Attorneys for Defendant
CHASON HOLDINGS, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

> By: /s/ Anthony T. Litsch III
> Anthony T. Litsch III
> Attorney for Plaintiff